# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:13 CV 159

| | |
|---|---|
| MARY KATHLEEN WADHAM, on behalf of herself and all others similarly situated, )<br><br>Plaintiff )<br><br>V )<br><br>SHIRE US INC. and SHIRE LLC, and Does 1 through 100, inclusive, )<br><br>Defendants. ) | **ORDER** |

**THIS MATTER** is before the Court on David M. Wilkerson's Application for Admission to Practice *Pro Hac Vice* of Michael F. Brockmeyer. It appearing that Michael F. Brockmeyer is a member in good standing with the Washington, DC Bar and will be appearing with David M. Wilkerson, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that David M. Wilkerson's Application for Admission to Practice *Pro Hac Vice* (#7) of Michael F. Brockmeyer is

**GRANTED**, and that Michael F. Brockmeyer is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with David M. Wilkerson.

Signed: July 29, 2013

Dennis L. Howell
United States Magistrate Judge